the prayer thereof, be and the same is hereby dismissed, without prejudice to an action at law for relief with respect to the same subject matter. The operation of the injunction hereby granted shall be stayed until 20 days after the filing of the decision and judgment herein and the service of copies of the same upon the defendants with notice of entry. And, as so modified, the judgment should be affirmed, without costs.

Elginia D'ALISERA, as Administratrix, etc., of Angelo D'Alisera, deceased, appellant, v. JOHN J. HEARN CONSTRUCTION COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Plaintiff's exceptions to the charge do not present reversible error. This planking laid on permanent floor beams could not be deemed a staging or scaffold, except by the amendment of the Labor Law by Laws of 1911, c. 693. But plaintiff's exception did not bring this amendment to the court's attention. Even if such a flooring might be considered as a scaffold, it was impracticable to run an outside rail about it, as such a barrier would cut off the masons working on the outside wall from receiving their supplies of material. The verdict for the defendant was well warranted by the testimony. The judgment and order are therefore unanimously affirmed, with costs.

Elginia D'ALISERA, as administratrix, etc., appellant, v. JOHN J. HEARN CONSTRUCTION COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Motion denied.

In the Matter of Richard W. DARLING. (Supreme Court, Appellate Division, First Department. February 4, 1916.) Reference ordered to official referee. Settle order on notice.

Gilbert C. DAVIDSON, Applt., v. Charles J. BUCHANAN, individually and as Ex'r, etc., et al., Respts. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Gilbert C. DAVIDSON v. Caroline BUCHANAN et al. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Motion to resettle order granted. Settle order on notice.

Gilbert C. DAVIDSON v. Caroline BUCHANAN et al. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Motion for reargument denied, with $10 costs. Order filed.

Leander J. DE BEKKER, respondent, v. FREDERICK A. STOKES COMPANY et al., appellants. (Supreme Court, Appellate Division, Second Department. March 24, 1916.) Motion for leave to appeal to the Court of Appeals granted, and stay granted, on condition that defendants file an undertaking in the sum of $10,000. Settle order before Mr. Justice Mills.

Maria A. DE CARRILLO, respondent, v. Luis F. CARRILLO, appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1916.) Defendant's motion to postpone the hearing of the appeal granted, and case set down for Tuesday, February 29, 1916. Motion to continue stay granted on condition that within five days defendant give a bond with sureties in the sum of $2,500, or give deposit security for the payment of plaintiff's judgment and orders; otherwise, motion denied, and stay vacated. Settle order before Mr. Justice Putnam.

James C. DE GROFF, respondent, v. Antonio PANSINI and others, appellants. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

LOUIS DE JONGE & COMPANY, respondent, v. William BAUMAN and Theresa Bauman, appellants; Mechanics' Bank, defendant. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

Emma J. DELAMATER, plaintiff, v. SAKS & COMPANY, defendant. (Supreme Court, Appellate Division, Second Department. January 19, 1916.) Motion granted, without costs.

Horace A. DEMAREST, Applt., v. Frank A. CARR et al., Respts. (Supreme Court, Appellate Division, First Department. March 3, 1916.) Judgment affirmed, with costs. No opinion. (Clarke, P. J., dissenting.) Order filed.

Lillian T. DEMPSY, appellant, v. Michael F. O'ROURKE, as administrator, etc., appellant, and others, respondents. (Supreme Court, Appellate Division, Second Department. February 4, 1916.) Motion granted, and order signed.

DETROIT CADILLAC MOTOR CAR CO. v. Frank FOGARTY. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

In the Matter of Christian E. DETMOLD, dec'd (six cases). (Supreme Court, Appellate Division, First Department. March 24, 1916.) Motion denied, with $10 costs. Orders filed.

Walter E. DEUEL, respt., v. Mary P. BOLVAY, as executrix, etc., of Frank Edward Bolvay, deceased, applt. (Supreme Court, Appellate Division. Third Department. March 8, 1916.) Judgment and order unanimously affirmed, with costs.

Mary DEWHURST, as administratrix, etc., of Thomas Dewhurst, deceased, respondent, v. ROBINS DRY DOCK & REPAIR COM-

PANY, appellant. (Supreme Court, Appellate Division, Second Department. January 28, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

---

Evans R. DICK, J. Julian Dick, Fairman R. Dick, George Willing, Jr., George McCall, Alexander E. Hunt, Jr., and Marshall Geer, Respondents, v. Buena Vista M. BUSCH, Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1916.) Appeal from judgment entered upon report of a referee, and bringing up for review an order directing the clerk to tax the referee's fees.

PER CURIAM. We are of opinion that the charge of the referee beyond $10 a day was not authorized by the stipulation. The judgment is therefore modified, by reducing the amount thereof by the sum of $280, and, as so modified, affirmed, with costs to the respondents. Settle order on notice.

---

William P. DIXON, appellant, v. Solomon HANFORD, as Executor, etc., of James R. Keene, deceased, respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Judgment affirmed, with costs. No opinion. Thomas, Stapleton, Mills, and Putnam, JJ., concur. Jenks, P. J., dissents.

---

Isabella R. DOERFLER, appellant, v. Sarah E. POTTBERG, individually, etc., et al., defendants, and Abraham Doerfler, respondent. (Supreme Court, Appellate Division, Second Department. January 19, 1916.) Motion granted.

---

Henry DOSCHER v. Edwin S. PHELPS. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion denied, on conditions stated in order. Order filed.

---

Henry DOSCHER, Applt., v. PHELPS GUARDANT TIME LOCK CO. and ano., Respts. (Supreme Court, Appellate Division, First Department. February 18, 1916.) Judgment, 89 Misc. Rep. 561, 153 N. Y. Supp. 710, affirmed, with costs, on opinion of Guy, J. Order filed.

---

Daniel DOUGLASS, respondent, v. The CITY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the judgment by deducting therefrom $1,730.36 for sheathing and $414 for bluestone caps, and interest thereon, in which case the judgment, as so modified, and the order, are affirmed, without costs of this appeal. Jenks, P. J., and Thomas and Carr, JJ., concur. Mills and Rich, JJ., vote for affirmance.

---

Walter J. F. DOYLE, respt., v. TROY UNION RAILROAD COMPANY, applt. (Supreme Court, Appellate Division, Third Department. March 23, 1916.) Motion denied.

---

Marie DRESSLER, Respt., v. The KEYSTONE FILM CO., Applt. (Supreme Court, Appellate Division, First Department. February 18, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

---

Marie DRESSLER v. KEYSTONE FILM CO. (Supreme Court, Appellate Division, First Department. March 10, 1916.) Motion denied, with $10 costs. Order filed.

---

The DRY MILK COMPANY, applt., v. DAIRY PRODUCTS COMPANY OF NEW YORK and others, including defendant-respondent Charles Schmidt. (Supreme Court, Appellate Division, Third Department. March 23, 1916.) Motion to resettle order granted.

---

Mary DUNNE, an infant, by Charles Dunne, her guardian ad litem, respondent, v. The NASSAU ELECTRIC RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

---

Rachel DUTCHER, respondent, v. John WANAMAKER, appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1916.) Motion granted, and case set down for Monday, March 6, 1916.

---

Rachel DUTCHER, respondent, v. John WANAMAKER, appellant. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Judgment and order unanimously affirmed on reargument, with costs. No opinion.

---

Henry T. DYKMAN, Respt., v. The CITY OF NEW YORK, Applt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Order reversed, with $10 costs and disbursements, and motion denied. No opinion. (Smith and Page, JJ., dissenting.) Order filed.

---

In the Matter of Michael J. EGAN. (Supreme Court, Appellate Division, First Department. March 10, 1916.) Reference ordered to official referee. Settle order on notice.

---

Louis EISEN et al. v. Charles A. BAUDOUINE et al. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Motion denied, with $10 costs. Order filed.

---

ELECTRIC STORAGE BATTERY CO., Respt., v. MASON–SEAMAN TRANSPORTATION CO., Applt. (Supreme Court, Appellate Division, First Department. March 3, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

---

1175 DEKALB AVENUE COMPANY, Inc., appellant, v. Thomas A. CLARKE, respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.